IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| KAISER ALUMINUM CORPORATION, | : | Case No. 02-10429 (JKF) |
| A Delaware Corporation, et al., | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | | |
| KAISER ALUMINUM & CHEMICAL CORPORATION, | : : : | |
| Movant, | : : | |
| v. | : : : | |
| PUBLIC UTILITY NO. 1 OF CLARK COUNTY, d/b/a CLARK PUBLIC UTILITIES, | : : : : | |
| Respondent. | : | |

**ORDER GRANTING PUBLIC UTILITY DISTRICT NO. 1 OF
CLARK COUNTY'S MOTION TO WITHDRAW THE REFERENCE**

UPON consideration of the motion of Public Utility District No. 1 of Clark County d/b/a Clark Public Utilities ("Clark") for an order Withdrawing the Reference to the Bankruptcy Court for the District of Delaware (the "Motion to Withdraw the Reference") of the proceeding commenced by debtor Kaiser Aluminum and Chemical Corporation's ("Kaiser") Motion for an Order Disallowing Claims Filed by Clark Public Utilities, filed on October 10, 2005 (Docket No. 7480) (the "Claims Objection"), and due and sufficient notice of the Motion to Withdraw the Reference having been given; and upon the proceedings before the Court; and upon good and sufficient cause appearing;

[TPW: NYLEGAL:391215.1] 19563-00001   10/21/2005 02:10 PM

2

IT IS HEREBY ORDERED THAT:

1.Clark's Motion to Withdraw the Reference is granted with respect to the Claims Objection; and

2.All proceedings before the Bankruptcy Court for the District of Delaware relating to the Claims Objection are stayed.

Dated:Wilmington, Delaware
November _____, 2005

_____
UNITED STATES DISTRICT COURT JUDGE