# EXHIBIT 11 – PART 8 OF 8

KAISER ALUMINUM CORPORATION AND SUBSIDIARY COMPANIES
**QUARTERLY FINANCIAL DATA (UNAUDITED)**

| (In millions of dollars, except share amounts) | Quarter Ended | | | |
|---|---|---|---|---|
| | March 31, | June 30, | September 30, | December 31, |
| **2000** | | | | |
| Net sales | $ 575.7[8] | $ 552.8[8] | $ 545.2[8] | $ 496.1 |
| Operating income | 36.9 | 51.5 | 2.8 | 48.1 |
| Net income (loss) | 11.7[1] | 11.0[2] | (16.8)[3] | 10.9[4] |
| Basic/Diluted Earnings (loss) per share | .15[1] | .14[2] | (.21)[3] | .14[4] |
| Common stock market price: | | | | |
| High | 8.88 | 5.13 | 6.06 | 5.94 |
| Low | 4.13 | 2.94 | 3.50 | 3.50 |
| **1999** | | | | |
| Net sales | $ 490.3[8] | $ 536.2[8] | $ 528.7[8] | $ 528.4[8] |
| Operating income (loss) | (33.0) | .7 | (12.1) | 15.5 |
| Net income (loss) | (38.2) | (15.7) | (39.2)[5] | 39.0[6] |
| Basic/Diluted Earnings (loss) per share | (.48) | (.20) | (.49)[5] | .49 |
| Common stock market price: | | | | |
| High | 6.94 | 10.13 | 9.69 | 8.25 |
| Low | 4.75 | 5.00 | 6.63 | 6.00 |
| **1998** | | | | |
| Net sales | $ 609.6[8] | $ 626.8[8] | $ 552.9[8] | $ 513.1[8] |
| Operating income (loss) | 44.8 | 55.3 | 30.8 | (40.3) |
| Net income (loss) | 12.0 | 16.7 | 10.8 | (38.9)[7] |
| Basic/Diluted Earnings (loss) per share | .15 | .21 | .14 | (.49)[7] |
| Common stock market price: | | | | |
| High | 11.00 | 11.63 | 9.63 | 7.75 |
| Low | 8.13 | 8.88 | 5.63 | 4.63 |

[1] Includes a pre-tax gain of $14.4 to reflect a mark-to-market adjustment on certain primary aluminum hedging transactions. Excluding this item, basic income per share would have been approximately $.04

[2] Includes a pre-tax gain of $15.8 from the sale of power offset by a pre-tax charge of $6.0 to reflect a mark-to-market adjustment on certain primary aluminum hedging transactions and a pre-tax charge of $2.0 for certain severance and relocation costs associated with Corporate restructuring initiatives and product line exit. Excluding these items, basic income per share would have been approximately $.09

[3] Includes a pre-tax labor settlement charge of $38.5, a non-cash pre-tax charge of $43.0 for asbestos-related claims, a pre-tax charge of $11.5 for incremental maintenance spending and pre-tax charges of $18.1 for non-recurring impairment and restructuring charges offset by a pre-tax gain of $40.5 from the sale of power, pre-tax gains of $39.0 related to real estate transactions and a pre-tax gain of $.9 to reflect a mark-to-market adjustment on certain primary aluminum hedging transactions. Excluding these items, basic income per share would have been approximately $.03.

[4] Includes a pre-tax gain of $103.2 from the sale of power and a pre-tax gain of $1.4 to reflect a mark-to-market adjustment on certain primary aluminum hedging transactions offset by a non-cash impairment loss of approximately $33.0, a LIFO inventory charge of $7.0 and a pre-tax charge of $5.3 for other non-recurring impairment and restructuring charges. Excluding these items, but giving effect to operating profit foregone as a result of these power sales, basic loss per share would have been approximately $.19

[5] Includes a non-cash pre-tax charge of $19.1 to reduce the carrying value of the Company's Micromill assets, a non-cash pre-tax charge of $15.2 for asbestos-related claims and a pre-tax charge of $5.9 to reflect a mark-to-market adjustment on certain primary aluminum hedging transactions. Excluding these items, basic loss per share would have been approximately $.16.

[6] Includes a pre-tax gain of $85.0 on involuntary conversion at Gramercy facility. See Note 2. Excluding this item, basic loss per share would have been $.22

[7] Includes an unfavorable pre-tax strike-related gross profit impact of approximately $50.0, and a non-cash pre-tax charge of $45.0 related to impairment of the Company's Micromill assets. Excluding these items, basic earnings per share would have been approximately $.29.

[8] Net sales for the quarterly periods prior to the quarter ended December 31, 2000 have been restated to conform to a new accounting principle that requires freight charges to be included in cost of products sold.

Brought to you by Global Reports

KAISER ALUMINUM CORPORATION AND SUBSIDIARY COMPANIES
**FIVE-YEAR FINANCIAL DATA CONSOLIDATED BALANCE SHEETS**

|  | December 31, | | | | |
|---|---|---|---|---|---|
| (In millions of dollars) | 2000 | 1999 | 1998 | 1997 | 1996 |
| **Assets** | | | | | |
| Current assets: | | | | | |
| Cash and cash equivalents | $ 23.4 | $ 21.2 | $ 98.3 | $ 15.8 | $ 81.3 |
| Receivables | 429.8 | 261 0 | 282.7 | 340.2 | 252 4 |
| Inventories | 396.2 | 546.1 | 543 5 | 568.3 | 562 2 |
| Prepaid expenses and other current assets | 162.7 | 145 6 | 105 5 | 121 3 | 127 8 |
| Total current assets | 1012.1 | 973.9 | 1,030 0 | 1,045 6 | 1,023 7 |
| Investments in and advances to unconsolidated affiliates | 77.8 | 96.9 | 128.3 | 148 6 | 168.4 |
| Property, plant, and equipment - net | 1,176.1 | 1,053.7 | 1,108.7 | 1,171 8 | 1,168 7 |
| Deferred income taxes | 454.2 | 440.0 | 377.9 | 330.6 | 264.5 |
| Other assets | 622.9 | 634.3 | 346 0 | 317 3 | 308.7 |
| Total | $ 3,343 1 | $ 3,198 8 | $ 2,990 9 | $ 3,013 9 | $ 2,934.0 |
| **Liabilities and Stockholders' Equity** | | | | | |
| Current liabilities: | | | | | |
| Accounts payable and accruals | $ 673.5 | $ 500 3 | $ 432.7 | $ 457.3 | $ 453.4 |
| Accrued postretirement medical benefit obligation - current portion | 58.0 | 51.5 | 48.2 | 45.3 | 50 1 |
| Payable to affiliates | 78.3 | 85 8 | 77 1 | 82 7 | 97 0 |
| Long-term debt - current portion | 31 6 | .3 | .4 | 8.8 | 8 9 |
| Total current liabilities | 841.4 | 637.9 | 558.4 | 594.1 | 609.4 |
| Long-term liabilities | 703.7 | 727.1 | 532.9 | 491 9 | 458.1 |
| Accrued postretirement medical benefit obligation | 656.9 | 678.3 | 694.3 | 720 3 | 722 5 |
| Long-term debt | 957.8 | 972.5 | 962.6 | 962.9 | 953.0 |
| Minority interests | 101 1 | 117 7 | 123.5 | 127.7 | 121.7 |
| Stockholders' equity: | | | | | |
| Preferred stock | - | - | - | - | .4 |
| Common stock | 8 | 8 | 8 | .8 | .7 |
| Additional capital | 537.5 | 536 8 | 535 4 | 533.8 | 531 1 |
| Retained earnings (accumulated deficit) | (454 3) | (471 1) | (417 0) | (417.6) | (460.1) |
| Accumulated other comprehensive income (loss) | (1 8) | (1.2) | - | - | (2.8) |
| Total stockholders' equity | 82 2 | 65 3 | 119.2 | 117.0 | 69.3 |
| Total | $ 3,343 1 | $ 3,198.8 | $ 2,990.9 | $ 3,013.9 | $ 2,934.0 |
| Debt-to-capital ratio[1] | 81.2 | 81.2 | 76 9 | 77 8 | 81 2 |

[1] Total of long-term debt - current portion and long-term debt (collectively "total debt") as a ratio of total debt, deferred income tax liabilities, minority interests, and stockholders' equity.

Brought to you by Global Reports

KAISER ALUMINUM CORPORATION AND SUBSIDIARY COMPANIES

**FIVE-YEAR FINANCIAL DATA STATEMENTS OF CONSOLIDATED INCOME (LOSS)**

| (In millions of dollars, except share amounts) | 2000 | 1999 | 1998 | 1997 | 1996 |
|---|---|---|---|---|---|
| | | Year Ended December 31, | | | |
| Net sales | $ 2,169.8 | $ 2,083.6[1] | $ 2,302.4[1] | $ 2,423.3[1] | $ 2,238.8[1] |
| Costs and expenses: | | | | | |
|  Cost of products sold | 1,891.4 | 1,893.5[1] | 1,892.2[1] | 2,001.3[1] | 1,905.8[1] |
|  Depreciation and amortization | 76.9 | 89.5 | 99.1 | 102.5 | 107.6 |
|  Selling, administrative, research and development, and general | 104.1 | 105.4 | 115.5 | 131.8 | 127.6 |
|  Labor settlement charge | 38.5 | - | - | - | - |
|  Other non-recurring operating items, net | (80.4) | 24.1 | 105.0 | 19.7 | - |
|   Total costs and expenses | 2,030.5 | 2,112.5 | 2,211.8 | 2,255.3 | 2,141.0 |
| Operating income (loss) | 139.3 | (28.9) | 90.6 | 168.0 | 97.8 |
| Other income (expense): | | | | | |
|  Interest expense | (109.6) | (110.1) | (110.0) | (110.7) | (93.4) |
|  Gain on involuntary conversion at Gramercy facility | - | 85.0 | - | - | - |
|  Other - net | (4.3) | (35.9) | 3.5 | 3.0 | (2.7) |
| Income (loss) before income taxes, minority interests | 25.4 | (89.9) | (15.9) | 60.3 | 1.7 |
| (Provision) benefit for income taxes | (11.6) | 32.7 | 16.4 | (8.8) | 9.3 |
| Minority interests | 3.0 | 3.1 | .1 | (3.5) | (2.8) |
| Net income (loss) | 16.8 | (54.1) | .6 | 48.0 | 8.2 |
| Preferred stock dividends | - | - | - | (5.5) | (8.4) |
| Net income (loss) available to common shareholders | $ 16.8 | $ (54.1) | $ .6 | $ 42.5 | $ (.2) |
| Earnings (loss) per share: | | | | | |
|  Basic/Diluted | $ .21 | $ (.68) | $ .01 | $ .57 | $ - |
| Dividends per common share | $ - | $ - | $ - | $ - | $ - |
| Weighted average shares outstanding (000) | | | | | |
|  Basic | 79,520 | 79,336 | 79,115 | 74,221 | 71,644 |
|  Diluted | 79,523 | 79,336 | 79,156 | 74,382 | 71,644 |

[1] Net sales and cost of products sold for prior years have been restated to conform to a new accounting principle that requires freight charges ($39.3 in 1999, $46.0 in 1998, $50.1 in 1997 and $48.3 in 1996) to be included in cost of products sold.

63

Brought to you by Global Reports

KAISER ALUMINUM CORPORATION AND KAISER ALUMINUM & CHEMICAL CORPORATION
**CORPORATE INFORMATION**

**Directors**

Raymond J. Milchovich
*President and Chief Executive Officer*

George T. Haymaker, Jr
*Non-executive Chairman,
former Chief Executive Officer
Kaiser Aluminum*

Charles E. Hurwitz
*Chairman and Chief Executive Officer
MAXXAM Inc.*

Robert J. Cruikshank
*Personal Investments*

James T. Hackett
*Chairman, President and Chief Executive Officer
Ocean Energy, Inc.*

Ezra G. Levin
*Partner in the law firm of
Kramer Levin Naftalis & Frankel LLP*

James D. Woods
*Chairman Emeritus and Consultant
Baker Hughes Incorporated*

**Corporate Officers**

Raymond J. Milchovich
*President and Chief Executive Officer*

Charles E. Hurwitz*
*Vice Chairman*

Jack A. Hockema
*Executive Vice President, and
President of Kaiser Fabricated Products*

John T. La Duc
*Executive Vice President and
Chief Financial Officer*

J. Kent Friedman
*Senior Vice President and General Counsel*

John Barneson
*Vice President and
Chief Administrative Officer*

Joseph A. Bonn
*Vice President, Commodities Marketing,
Corporate Planning and Development*

James L. Chapman*
*Vice President of Primary Aluminum Operations*

Robert E. Cole*
*Vice President, Government Affairs*

Edward A. Kaplan
*Vice President of Taxes*

W. Scott Lamb
*Vice President, Investor Relations and Corporate
Communications*

Daniel D. Maddox
*Vice President and Controller*

Ronald L. Reman
*Vice President, Special Initiatives*

Kris S. Vasan
*Vice President, Strategic Risk Management*

Robert W. Warnock
*Vice President, Performance
Measurement and Analysis*

John Wm. Niemand II
*Secretary*

*Kaiser Aluminum & Chemical Corporation only

Brought to you by Global Reports

Kaiser Aluminum Corporation
5847 San Felipe, Suite 2600
Houston, TX 77057
713-267-3777

Internet at: www.kaiseral.com

Kaiser Aluminum Corporation stock is traded on The New York Stock Exchange. The ticker symbol for the Company's Common Stock is KLU.

The Company's Annual Report on Form 10-K as filed with the Securities and Exchange Commission is available, without charge, on written request. In addition, the Form 10-K is available electronically at www.sec.gov. A copy of the exhibits to the Form 10-K is available upon payment of a small fee.

   All requests should be directed to:
   Shareholder Services
   Kaiser Aluminum Corporation
   5847 San Felipe, Suite 2600
   Houston, TX 77057

Arthur Andersen LLP
711 Louisiana, Suite 1300
Houston, TX 77002

Fleet National Bank
c/o EquiServe
P.O. Box 43010
Providence, RI 02940-3010
781-575-3400
Internet at: www.equiserve.com
   *Transfer Agent and Registrar for Kaiser Aluminum Corporation Common Stock*

State Street Bank and Trust Company
Corporate Trust Customer Service Dept.
2 Avenue de Lafayette
Corporate Trust Window, 5th Floor
Boston, MA 02111-1724
800-531-0368
E-mail: ct_customerservice@statestreet.com
Internet at: www.statestreet.com
   *Trustee for Kaiser Aluminum & Chemical Corporation 12 3/4% Senior Subordinated Notes due 2003*

U.S. Bank Trust National Association
180 E. 5th Street
St. Paul, MN 55101
800-934-6802
Internet at: www.usbank.com
   *Trustee for Kaiser Aluminum & Chemical Corporation 9 7/8% Senior Notes due 2002, 10 7/8% Series B Senior Notes due 2006, and 10 7/8% Series D Senior Notes due 2006*

*This annual report is printed on recycled paper. Additionally, the report uses vegetable-oil inks that release fewer volatile gases into the atmosphere than regular oil-based inks, that contain no heavy metals, and that are not a health threat during printing operations.*



KAISER ALUMINUM
CORPORATION

5847 San Felipe, Suite 2600
Houston, Texas 77057-3010                    1068-AR-01

Brought to you by Global Reports