**EXHIBIT 2**

Case 1:05-cv-00836-JJF    Document 7-4    Filed 12/05/2005    Page 1 of 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>KAISER ALUMINUM CORPORATION,<br>A Delaware Corporation, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 02-10429 (JKF)<br><br>Jointly Administered |
| KAISER ALUMINUM & CHEMICAL CORPORATION,<br><br>Movant<br><br>vs.<br><br>PUBLIC UTILITY NO. 1 OF CLARK COUNTY, d/b/a CLARK PUBLIC UTILITIES,<br><br>Respondent. | Related to Dkt. No. 7596<br><br><br><br><br>**Re: Docket Nos. 7480, 7596, 7660** |

**ORDER DENYING EMERGENCY MOTION BY PUBLIC UTILITY DISTRICT NO. 1
OF CLARK COUNTY FOR STAY OF THE DEBTORS'
MOTION FOR AN ORDER DISALLOWING CLARK'S CLAIMS**

UPON consideration of the Emergency Motion [Docket No. 7596; the "Motion to Stay"] of Public Utility District No. 1 of Clark County d/b/a Clark Public Utilities ("Clark") for an order to stay the Motion by Debtor Kaiser Aluminum and Chemical Corporation ("Kaiser") for an Order Disallowing Claims Filed by Clark [Docket No. 7480] (the "Claims Objection"); and Kaiser having filed an Objection to the Motion to Stay [Docket No. 7660] and the Official Committee of Unsecured Creditors having filed a Joinder to Kaiser's Objection to the Motion to Stay [Docket No. 7664], and due and sufficient notice of the Emergency Motion to Stay having been given; and for the reasons stated at the hearing held on November 14, 2005;

15632.1

IT IS HEREBY ORDERED THAT:

1. The Motion to Stay is DENIED.

Dated: Wilmington, Delaware
November 21, 2005

_____
UNITED STATES BANKRUPTCY JUDGE

15632.1                          2