**EXHIBIT 5**

[POOR QUALITY ORIGINAL(S)]



**Department of Energy**
Bonneville Power
Administration
P.O. Box 3621
Portland, OR 97208-3621

POWER BUSINESS LINE
Trader and Scheduling Phones

| | | | |
|---|---|---|---|
| Date: | February 06, 2001 | Brenda Anderson | (503) 230-5610 |
| To: | Clark Public Utilities | Dan Le | (503) 230-3144 |
| | 1200 Ft Vancouver | Young Linn | (503) 230-3183 |
| | Vancouver, WA 98668 | Bill Lamb | (503) 230-3135 |
| | | Mark Miller | (503) 230-4003 |
| Attn: | James Sanders | David Mills | (503) 230-7588 |
| Phone: | 360-992-3452 | BPA Trading Floor Fax | (503) 230-7463 |
| Fax: | 360-992-3140 | BPA Preschedule Fax | (503) 230-3039 |
| | | BPA SW Preschedule | (503) 230-5915 |
| Presch: | 503-251-5198 | BPA NW Preschedule | (503) 230-3813 |
| Real Time: | 503-251-5224 | BPA S. Idaho Presch. | (503) 230-4311 |
| PS/RT | 503-251-5201 | BPA Real Time | (503) 230-3341 |
| FAX: | | | or 230-4194 |

## CONFIRMATION AGREEMENT

The following memorializes the terms of a transaction agreed to by Bonneville Power Administration (BPA) and Clark Public Utilities (CPU). Transactions hereunder are in accordance with reference contract or enabling agreement DE-MS79-81BP90489.

Transaction Date: 2/6/01    Traders: Mark Miller (BPA) and James Sanders (CPU)

BPA Contract: 01PB-24068

| | |
|---|---|
| Seller of Energy: | BPA |
| Buyer of Energy: | Clark Public Utilities |
| Product: | Surplus firm power |
| Point of Delivery: | Alcoa Substation |
| Alternate Point of Delivery: | Where the Federal generating system interconnects with BPA's transmission network. Customer will provide transmission from the Federal generating system. Energy taken to an alternate POD is take-or-pay and liquidated damages do not apply. Customer is responsible for payment of energy if transmission is curtailed to APOD. |

| Start of Term | End of Term | Demand Limit | Hours | Amount (MWH/hr) | Total MWh | Price | Holiday Excluded | Revenue / Cost |
|---|---|---|---|---|---|---|---|---|
| 8/1/01 | 8/31/01 | 140 | ALL | 140 | 104,160 | $325.00 | | |
| 9/1/01 | 9/30/01 | 140 | ALL | 140 | 100,800 | $325.00 | | |

Energy Transaction Total:              See Additional Provisions below

Sent by: CLARK PUD ENERGY RESOURCES    3609923140;    02/09/01  4:39PM;  JetFax #905;Page 3/3

**Additional Provisions**
Transmission will be provided under Kaiser Aluminum & Chemical Corp. (KACS) Contract No. 96MS-96107. Payment for transmission will remain with KACS.

CPU shall pay to BPA $64,080,603.00 on March 28, 2001, which represents net payment/NPV of full payment for all energy purchased under this agreement. This confirmation agreement shall be modified on or before March 15, 2001, if a change to the payment date is required.

**Scheduling**
All energy will be shown in Pacific Prevailing Time
– HLHs are defined as HE 0700 – HE 2200, Monday through Saturday (excludes Sundays and NERC holidays)
– LLHs are defined as HE 0100 – HE 0600, HE 2300 and HE 2400, Monday through Saturday and all day Sundays and NERC holidays.
– All or FLH is defined as HE 0100 – HE 2400.

Energy shall be prescheduled, with source and sink identified, by 1000, or as mutually agreed, on the day that both parties observe as a workday preceding the date of delivery. Schedules may only be changed due to uncontrollable forces as defined by the reference contract or by mutual agreement of both parties.

**Billing**
Billing and payment under this agreement shall be made consistent with and as a specific item in the Wholesale Power Bill.

Unless otherwise specified in this Agreement, all administrative and operational provisions required to perform this Agreement shall be those described in the reference contract, including provisions related to delivery, scheduling (if applicable), billing, payments, metering, access to facilities, dispute resolution, uncontrollable forces, continuity of services, and contract interpretation.

This confirmation agreement contains all of the terms and conditions of this transaction and expressly limits acceptance to the terms stated herein, and any additional or different terms proposed by Clark Public Utilities are rejected unless expressly agreed to in writing by BPA.

If the above accurately reflects your understanding of our agreement, please indicate your approval by signing a copy of this agreement and returning via fax to BPA.

| AGREED AND ACCEPTED | |
|---|---|
| Bonneville Power Administration | Clark Public Utilities |
| David E. Mills | Name: Wayne _____ |
| Manager, Trading Floor | Title: General Manager/CEO |
| Date: 2/8/01 | Date: 2-8-01 |

Page 2 of 2 CPU 01PB-24068