**EXHIBIT 6**

'POOR QUALITY ORIGINAL(S)



**BONNEVILLE**

Department of Energy
Bonneville Power
Administration
P.O. Box 3621
Portland, OR 97208-3621

**POWER BUSINESS LINE**
Trader and Scheduling Phones

| | |
|---|---|
| Brenda Anderson | (503) 230-5610 |
| Dan Le | (503) 230-3144 |
| Young Linn | (503) 230-3183 |
| Bill Lamb | (503) 230-3135 |
| Mark Miller | (503) 230-4003 |
| David Mills | (503) 230-7588 |
| BPA Trading Floor Fax | (503) 230-7463 |
| BPA Preschedule Fax | (503) 230-3039 |
| BPA SW Preschedule | (503) 230-3915 |
| BPA NW Preschedule | (503) 230-3813 |
| BPA S. Idaho Presch. | (503) 230-4311 |
| BPA Real Time | (503) 230-3311 |
| | or 230-4194 |

Date: February 06, 2001
To: Kaiser Aluminum & Chemical Corporation
534 East Trent Avenue, Suite 300
Spokane, WA 99202

Attn: Joseph Hoerner
Fax: 509-242-1098

Presch: 509-495-4011
Real Time: 509-495-8534
PS/RT FAX: 509-495-8976

## CONFIRMATION AGREEMENT

The following memorializes the terms of a transaction agreed to by Bonneville Power Administration (BPA) and Kaiser Aluminum & Chemical Corporation (KACS). Transactions hereunder are in accordance with reference contract or enabling agreement 95MS-94861.

Transaction Date: 2/6/01     Traders: Mark Miller (BPA) and Joseph Hoerner (KACS)
BPA Contract: 01PB-24067

---

Seller of Energy: Kaiser Aluminum & Chemical Corporation
Buyer of Energy: BPA
Product: Firm power
Point of Delivery: Mid-Columbia

| Start of Term | End of Term | Demand Limit | Hours | Amount (MWH/hr) | Total MWh | Price | Holiday Excluded | Revenue / Cost |
|---|---|---|---|---|---|---|---|---|
| 8/1/01 | 8/31/01 | 140 | ALL | 140 | 104,160 | $325.00 | | $33,852,000.00 |
| 9/1/01 | 9/30/01 | 140 | ALL | 140 | 100,800 | $325.00 | | $32,760,000.00 |

Energy Transaction Total:                                                                 $59,842,404.00
See Additional Provisions

**Additional Provisions**
Energy Transaction Total to be paid to KACS upon receipt of payment from Clark Public Utilities for corresponding sale of remarketed energy (Contract 01PB-24068).

BPA shall pay to KACS $59,842,404 on March 30, 2001, which represents the net payment to KACS (NPV of this purchase of 140 MW equalling $61,080,603 less NPV of IP-96 rate - putting $1,238,199) This confirmation agreement shall be modified on or before March 15, 2001, if a change to the payment date is required.

This contract books out sale to Sale to KACS under contract 95MS-94861.

Page 1 of 2 KACS 01PB-24067

FEB-09-01  14:13  From:KAISER AL NW EXT AFFAIRS

### Scheduling

All energy will be shown in Pacific Prevailing Time.
~ HLHs are defined as HE 0700 – HE 2200, Monday through Saturday (excludes Sundays and NERC holidays).
~ LLHs are defined as HE 0100 – HE 0600, HE 2300 and HE 2400, Monday through Saturday and all day Sundays and NERC holidays.
~ All or FLH is defined as HE 0100 – HE 2400.

Energy shall be prescheduled, with source and sink identified, by 1000, or as mutually agreed, on the day that both parties observe as a workday preceding the date of delivery. Schedules may only be changed due to uncontrollable forces as defined by the reference contract or by mutual agreement of both parties.

### Billing

Billing and payment under this agreement shall be made consistent with and as a specific item in the Wholesale Power Bill.

Unless otherwise specified in this Agreement, all administrative and operational provisions required to perform this Agreement shall be those described in the reference contract, including provisions related to delivery, scheduling (if applicable), billing, payments, metering, access to facilities, dispute resolution, uncontrollable forces, continuity of services, and contract interpretation.

This confirmation agreement contains all of the terms and conditions of this transaction and expressly limits acceptance to the terms stated herein, and any additional or different terms proposed by Kaiser Aluminum & Chemical Corporation are rejected unless expressly agreed to in writing by BPA.

If the above accurately reflects your understanding of our agreement, please indicate your approval by signing a copy of this agreement and returning via fax to BPA.

| AGREED AND ACCEPTED | |
|---|---|
| Bonneville Power Administration | Kaiser Aluminum & Chemical Corporation |
| David E. Mills | Name: S. P. ForsytH |
| Manager, Trading Floor | Title: V.P. Primary Metals |
| Date: 2/8/01 | Date: 2/9/01 |