

Since 1946

Frederick B. Rosner
frosner@jshllp-de.com
(302) 351-8005

# JASPAN SCHLESINGER HOFFMAN LLP
ATTORNEYS AT LAW

913 MARKET STREET, 12TH FLOOR
WILMINGTON, DE 19801
TELEPHONE 302-351-8000 • FAX 302-351-8010

**GARDEN CITY OFFICE**
300 GARDEN CITY PLAZA
GARDEN CITY, NY 11530
TELEPHONE 516-746-8000
FAX 516-393-8282

December 5, 2005

**By Hand**

United States District Court for the District of Delaware
Attention: Clerk of the Court
844 North King Street, Room 4209
Wilmington, DE 19801

**Re: Kaiser Aluminum & Chemical Corporation v. Public Utility No. 1
of Clark County, d/b/a Clark Public Utilities – CA No. 05-836**

Dear Sir or Madam:

This firm is Delaware counsel to Public Utility No. 1 of Clark County ("Clark"). Clark previously filed a Motion to Withdraw the Reference (the "Motion to Withdraw") with the United States Bankruptcy Court for the District of Delaware. That Motion to Withdraw today was transmitted to this Court for consideration and assigned case no. 05-836.

Clark seeks an Emergency Stay of any further proceedings in the Bankruptcy Court pending this Court's consideration of the Motion to Withdraw. Toward that end, enclosed please find copies of the following documents, which were electronically filed today with the District Court:

1. Motion for Expedited Hearing for Emergency Motion of Clark Public Utilities for Stay of the Debtors' Motion for an Order Disallowing Claims;

2. Emergency Motion of Clark Public Utilities for Stay of Further Proceedings Related to the Debtors' Motion for an Order Disallowing Claims Pending Determination of Motion to Withdraw Reference; and

3. Brief in Support of Emergency Motion of Clark Public Utilities for Stay of Further Proceedings Related to the Debtors' Motion for an Order Disallowing Claims Pending Determination of Motion to Withdraw Reference.

15812

I would appreciate if you would forward the enclosed pleadings to the duty Judge for immediate consideration. Counsel for Clark would like to be heard on its request for an Emergency Stay at the Court's earliest convenience. By copy of this letter, I am providing copies of all filed pleadings to interested parties.

I am available at the Court's convenience.

Very truly yours,

Frederick B. Rosner

FBR/bdc
Enclosures

cc: Philip Bezanson, Esquire (w/o enc.)
    Daniel J. DeFranceschi, Esquire (by hand w/enc.)
    Daniel Winikka, Esquire (by Federal Express w/enc.)
    William P. Bowden, Esquire (by hand w/enc.)
    Lisa Beckerman, Esquire (by Federal Express w/enc.)