IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>KAISER ALUMINUM CORPORATION,<br>A Delaware Corporation, et al.,<br><br>                Debtors.<br><br>KAISER ALUMINUM & CHEMICAL CORPORATION,<br><br>                Movant<br><br>vs.<br><br>PUBLIC UTILITY NO. 1 OF CLARK COUNTY, d/b/a CLARK PUBLIC UTILITIES,<br><br>                Respondent. | Jointly Administered<br><br>Bankruptcy Case No. 02-10429<br><br>Chapter 11<br><br>District Court No. 05-836 |

## CERTIFICATE OF SERVICE

I, Frederick B. Rosner, hereby certify that on the 5th day of December, 2005, I served one copy of the following pleadings:

1. *Emergency Motion of Clark Public Utilities for Stay of Further Proceedings Related to the Debtors' Motion for an Order Disallowing Claims Pending Determination of Motion to Withdraw Reference*;

2. *Brief in Support of Emergency Motion of Clark Public Utilities for Stay of Further Proceedings Related to the Debtors' Motion for an Order Disallowing Claims Pending Determination of Motion to Withdraw Reference*; and

3. *Motion for Expedited Hearing for Emergency Motion of Clark Public Utilities for Stay of the Debtors' Motion for an Order Disallowing Claims*

upon the parties listed below in the manner indicated:

*Hand Delivery*
Daniel J. DeFranceschi, Esquire
Kimberly Newmarch, Esquire
Richards Layton & Finger
One Rodney Square
Wilmington, DE 19801

*Federal Express*
Lisa Beckerman, Esquire
Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY 10022

*Federal Express*
Gregory M. Gordon, Esquire
Daniel Winikka, Esquire
Jones Day
2727 North Harwood Street
Dallas, TX 75201

*Hand Delivery*
William P. Bowden, Esquire
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE 19801

Dated:  December 6, 2005
       Wilmington, Delaware

**JASPAN SCHLESINGER HOFFMAN LLP**

By: /s/ Frederick B. Rosner
    Frederick B. Rosner (#3995)
    913 Market Street, 12th Floor
    Wilmington, DE 19801

    Attorney for Public Utility No. 1 of Clark County, d/b/a Clark Public Utilities