# RICHARDS, LAYTON & FINGER
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

KIMBERLY D NEWMARCH
ASSOCIATE

DIRECT DIAL NUMBER
302-651-7689
Newmarch@RLF.com

December 6, 2005

Dr. Peter T. Dalleo, Clerk
United States District Court for the District of Delaware
844 North King Street, Room 4209
Lock Box 18
Wilmington, Delaware 19801

      Re:    Kaiser & Chemical Corporation v. Public Utility No. 1 of Clark County, d/b/a Clark Public Utilities, Civ. No. 05-836

Dear Mr. Dalleo:

      This letter is to inform the Court that Richards, Layton & Finger, P.A. and Jones Day represent the above-captioned debtors and debtors in possession, Kaiser Aluminum & Chemical Corporation, et al. (the "Debtors") and are in receipt of (i) the Motion for Expedited Hearing for Emergency Motion of Clark Public Utilities for Stay of the Debtors' Motion for an Order Disallowing Claims (the "Emergency Hearing Motion"), (ii) the Emergency Motion of Clark Public Utilities for Stay of the Debtors' Motion for an Order Disallowing Claims Pending Determination of Motion to Withdraw Reference (the "Emergency Stay Motion") and (iii) the December 5, 2005 letter to the Court from counsel for Public Utility No. 1 of Clark County, d/b/a Clark Public Utilities ("Clark") requesting that the Emergency Hearing Motion and the Emergency Stay Motion be forwarded "to the duty Judge for immediate consideration."

      The Court should be aware that the Debtors' underlying motion for an order disallowing the Clark claims (the "Claim Objection"), which Clark seeks to stay pursuant to the Emergency Stay Motion, is not scheduled to be heard by the United States Bankruptcy Court for the District of Delaware until January 12, 2006. Accordingly, there would appear to be more than sufficient time for the judge eventually assigned to hear this case to review the Emergency Stay Motion and issue a ruling prior to the adjudication of the Claim Objection and Clark's request to have the matter heard by the duty judge is unnecessary.

      In any event, the Debtors respectfully request that no action be taken by the Court

Dr. Peter T. Dalleo, Clerk of the Court
December 6, 2005
Page 2

with respect to the Emergency Hearing Motion without providing counsel for the Debtors with an opportunity to be heard by the Court.

Respectfully,

*Kimberly D. Newmarch*

Kimberly D. Newmarch

cc:
Gregory M. Gordon, Esq.
Daniel P. Winikka, Esq
Daniel J. DeFranceschi, Esq.
Frederick B. Rosner, Esq.
William A. Wood, Esq.
George H. Williams, Esq.
Christopher F. Graham, Esq.
Louis A. Curcio, Esq.
Philip J. Bezanson, Esq.

RLF1-2953776-1