## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2005, I caused the foregoing document to be hand delivered and electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Frederick B. Rosner, Esq.
Jaspan Schlesinger & Hoffman LLP
913 North Market Street, 12th Floor
Wilmington, DE 19801

I hereby certify that on December 6, 2005, I sent by First Class Mail the foregoing document to the following non-registered participants.

William A. Wood, III, Esq.
Bracewell & Guiliani LLP
711 Louisiana Street, Suite 2300
Houston, TX 77002-2781

George H. Williams, Esq.
Bracewell & Guiliani LLP
2000 K Street, N.W., Suite 500
Washington, DC 20006

Christopher F. Graham, Esq.
Louis A. Curcio, Esq.
Philip J. Bezanson, Esq.
Thacher Profitt & Wood LLP
Two World Financial Center
New York, NY 10281

_/s/ Kimberly D. Newmark_
Kimberly D. Newmarch (No. 4340)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
302-651-7700
newmarch@rlf.com