IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2005, I electronically filed the **Brief in Response to Brief and Emergency Motion of Clark Public Utilities for Stay of Further Proceedings Related to the Debtors' Motion for an Order Disallowing Claims Pending Determination of Motion to Withdraw Reference** with the Clerk of Court using CM/ECF which will send notifications of such filing to the following:

Frederick B. Rosner, Esq.
Jaspan Schlesinger & Hoffman LLP
913 North Market Street, 12th Floor
Wilmington, DE 19801

      I hereby certify that on December 15, 2005, I mailed via the United States Postal Service the document to the following non-registered participants:

Christopher F. Graham, Esq
Louis A. Curcio, Esq
Philip J. Bezanson, Esq
Thacher Profitt & Wood LLP
Two World Financial Center
New York, NY 10281

William A. Wood, III, Esq
Bracewell & Guiliani LLP
711 Louisiana Street, Suite 2300
Houston, TX 77002-2781

George H. Williams, Esq
Bracewell & Guiliani LLP
2000 K Street, N.W., Suite 500
Washington, DC 20006

    /s/ Kimberly D. Newmarch
Kimberly D. Newmarch (DE 4430)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19810
302-651-7700
Newmarch@rlf.com