

Since 1946

# JASPAN SCHLESINGER HOFFMAN LLP
ATTORNEYS AT LAW

Frederick B. Rosner
frosner@jshllp-de.com
(302) 351-8005

913 MARKET STREET, 12TH FLOOR
WILMINGTON, DE 19801
TELEPHONE 302-351-8000 • FAX 302-351-8010

GARDEN CITY OFFICE
300 GARDEN CITY PLAZA
GARDEN CITY, NY 11530
TELEPHONE 516-746-8000
FAX 516-393-8282

December 15, 2005

**BY HAND**

The Honorable Joseph J. Farnan, Jr.
United States District Court for the District of Delaware
844 North King Street
Wilmington, Delaware 19801

    Re: *Kaiser Aluminum & Chemical Corporation v.*
*Public Utility No. 1 of Clark County, d/b/a Clark Public Utilities*
Civ. No. 05-836 (JJF)

Dear Judge Farnan:

    This firm is co-counsel to Public Utility No. 1 of Clark County, d/b/a Clark Public Utilities ("Clark") in the above referenced matter and in the related bankruptcy, captioned *In re Kaiser Aluminum, et al.* case no. 02-10429 (JKF). Previously, Kaiser Aluminum & Chemical Corporation ("Kaiser") filed a Motion for an Order Disallowing Claims (the "Claims Objection") and Clark subsequently filed a Motion to Withdraw the Reference (D.I. 7572) (which was transmitted to this Court on December 5, 2005) and an Emergency Motion to Stay the Claims Objection (the "Emergency Motion") (D.I. 6). Enclosed is a courtesy copy of Clark's pleadings.

    I write to request a conference before Your Honor (either in person or by telephone) as soon as possible to establish a schedule for any briefing, hearings or conferences this Court deems proper with respect to Clark's Emergency Motion.

     The Bankruptcy Judge overseeing the Kaiser case has scheduled a hearing on the Claims Objection for January 12, 2006. Absent stay relief from this Court, the Bankruptcy Court will make a substantial and material determination of Federal non-bankruptcy law (in this case, the Federal Power Act) adversely impacting this Court's consideration of the Motion to Withdraw the Reference.

     I am available at the Court's convenience.

                                                  Respectfully submitted,

                                                  Frederick B. Rosner

FBR/emo

Enclosures

cc:  Daniel J. DeFranceschi, Esquire (w/o enc.; previously served)
     Daniel Winikka, Esquire (w/o enc.; previously served)
     William P. Bowden, Esquire (w/o enc.; previously served)
     Lisa Beckerman, Esquire (w/o enc.; previously served)
     Kimberly D. Newmarch, Esquire (w/o enc.; previously served)
     Philip Bezanson, Esquire (w/o enc.)