## RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

KIMBERLY D. NEWMARCH
ASSOCIATE

DIRECT DIAL NUMBER
302-651-7689
NEWMARCH@RLF.COM

December 16, 2005

The Honorable Joseph J. Farnan, Jr.
United States District Court for the District of Delaware
844 North King Street, Room 4209
Lock Box 27
Wilmington, Delaware 19801

Re:  Kaiser & Chemical Corporation v. Public Utility No. 1 of Clark County, d/b/a Clark Public Utilities, Civ. No. 05-836 (JJF)

Dear Judge Farnan:

This letter is to inform the Court that Richards, Layton & Finger, P.A. and Jones Day represent the above-captioned debtors and debtors in possession, Kaiser Aluminum & Chemical Corporation, et al. (the "Debtors") and are in receipt of (i) the Motion for Expedited Hearing for Emergency Motion of Clark Public Utilities for Stay of the Debtors' Motion for an Order Disallowing Claims [Docket No. 8] (the "Emergency Hearing Motion"), (ii) the Emergency Motion of Clark Public Utilities for Stay of the Debtors' Motion for an Order Disallowing Claims Pending Determination of Motion to Withdraw Reference [Docket No. 6] (the "Emergency Stay Motion") and (iii) the December 16, 2005 letter to the Court [Docket No. 9] from counsel for Public Utility No. 1 of Clark County, d/b/a Clark Public Utilities ("Clark") requesting a conference with the Court as soon as possible "to establish a schedule for any briefing, hearings or conference [the] Court deems proper . . . ."

The Court should be aware that the Debtors' filed their response to Clark's Emergency Hearing Motion [Docket No. 12] and the Emergency Stay Motion [Docket No. 13] on December 15, 2005 in accordance with the briefing schedule set forth in rule 7.1.2 (a) of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware. Additionally, the underlying motion for an order disallowing the Clark claims (the "Claim Objection"), which Clark seeks to stay pursuant to the Emergency Stay Motion, is not scheduled to be heard by the United States Bankruptcy Court for the District of Delaware until January 12, 2006. Accordingly, there would appear to be more than sufficient time for Clark to file any reply brief and for the Court to review the Emergency Stay Motion and issue a ruling prior to the adjudication of the Claim Objection. Thus, Clark's request to establish a briefing schedule and request for a conference with the Court is unnecessary.

RLF1-2958599-1

The Honorable Joseph J. Farnan, Jr.
December 16, 2005
Page 2

   In any event, the Debtors respectfully request that no action be taken by the Court with respect to the Emergency Hearing Motion without providing counsel for the Debtors with an opportunity to be heard by the Court.

              Respectfully,

              Kimberly D. Newmarch

cc:
Gregory M. Gordon, Esq.
Daniel P. Winikka, Esq.
Daniel J. DeFranceschi, Esq.
Frederick B. Rosner, Esq.
William A. Wood, Esq.
George H. Williams, Esq.
Christopher F. Graham, Esq.
Louis A. Curcio, Esq.
Philip J. Bezanson, Esq.

RLF1-2958599-1