## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>KAISER ALUMINUM CORPORATION,<br>A Delaware Corporation, et al.,<br><br>            Debtors.<br><br>KAISER ALUMINUM & CHEMICAL<br>CORPORATION,<br><br>            Movant<br><br>vs.<br><br>PUBLIC UTILITY NO. 1 OF CLARK<br>COUNTY, d/b/a CLARK PUBLIC UTILITIES,<br><br>            Respondent. | Jointly Administered<br><br>Bankruptcy Case No. 02-10429<br><br>Chapter 11<br><br>District Court No. 05-836 |

## CERTIFICATE OF SERVICE

I, Frederick B. Rosner, hereby certify that on the 23rd day of December, 2005, I served one copy of the following pleadings:

    1.    ***Respondent's Reply Brief in Further Support of Emergency Motion of Clark Public Utilities to Stay Further Proceedings Related to the Debtors' Motion for an Order Disallowing Claims Pending Determination of Motion to Withdraw Reference;***

upon the parties listed below in the manner indicated:

*Hand Delivery*
Daniel J. DeFranceschi, Esquire
Kimberly Newmarch, Esquire
Richards Layton & Finger
One Rodney Square
Wilmington, DE 19801

*Federal Express*
Gregory M. Gordon, Esquire
Daniel Winikka, Esquire
Jones Day
2727 North Harwood Street
Dallas, TX 75201

16113.1

***Federal Express***
Lisa Beckerman, Esquire
Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY 10022

***Hand Delivery***
William P. Bowden, Esquire
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE 19801

Dated:  December 23, 2005
      Wilmington, Delaware    **JASPAN SCHLESINGER HOFFMAN LLP**

By:  /s/ Frederick B. Rosner
      Frederick B. Rosner (#3995)
      913 Market Street, 12th Floor
      Wilmington, DE 19801

      Attorney for Public Utility No. 1 of Clark
      County, d/b/a Clark Public Utilities

16113.1