IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>KAISER ALUMINUM CORPORATION,<br>A Delaware Corporation, et al.,<br><br>                Debtors.<br><br>KAISER ALUMINUM & CHEMICAL CORPORATION,<br><br>                Movant<br><br>vs.<br><br>PUBLIC UTILITY NO. 1 OF CLARK COUNTY, d/b/a CLARK PUBLIC UTILITIES,<br><br>                Respondent. | Jointly Administered<br><br>Bankruptcy Case No. 02-10429<br><br>Chapter 11<br><br>District Court No.: CA 05-836 (JJF) |

**NOTICE OF COMPLETION OF BRIEFING
AND REQUEST FOR ORAL ARGUMENT**

PLEASE TAKE NOTICE that Public Utility District No. 1 of Clark County d/b/a Clark Public Utilities ("Clark") or (the "Respondent"), through its undersigned counsel, has filed its *Emergency Motion of Clark Public Utilities for Stay of Further Proceedings Related to the Debtors' Motion for an Order Disallowing Claims Pending Determination of Motion to Withdraw Reference*.  Accordingly, briefing is now complete, consisting of the following pleadings filed in the above Civil Action:

    1.    Motion to Withdraw the Reference of the Debtors' Motion for an Order Disallowing Claims Pending Determination of Motion to Withdraw Reference [Docket No. 1, filed on December 5, 2005];

    2.    Emergency Motion of Clark Public Utilities for Stay of Further Proceedings Related to the Debtors' Motion for an Order Disallowing

16222.1

       Claims Pending Determination of Motion to Withdraw Reference [Docket No. 6, filed on December 5, 2005];

3. Brief in Support of Emergency Motion of Clark Public Utilities for Stay of Further Proceedings Related to the Debtors' Motion for an Order Disallowing Claims Pending Determination of Motion to Withdraw Reference [Docket No. 7, filed on December 5, 2005];

4. Motion for Expedited Hearing for Emergency Motion of Clark Public Utilities for Stay of the Debtors' Motion for an Order Disallowing Claims [Docket No. 8, filed on December 5, 2005];

5. Letter to Clerk of Court from Frederick B. Rosner, Jaspan Schlesinger Hoffman LLP regarding Documents electronically filed for Duty Judge consideration [Docket No. 9, filed on December 5, 2005];

6. Letter to Dr. Peter T. Dalleo, Clerk from Kaiser Aluminum & Chemical Corporation, et al. regarding Emergency Motions filed by Clark Public Utilities [Docket No. 11, filed on December 6, 2005];

*7.* Response of Debtor and Debtor in Possession Kaiser Aluminum & Chemical Corporation to Motion for Expedited Hearing for Emergency Motion of Clark Public Utilities for Stay of the Debtors' Motion for an Order Disallowing Claims *filed by Kaiser Aluminum & Chemical Corporation* [Docket No. 12, filed on December 15, 2005];

8. Brief in Response to Brief and Emergency Motion of Clark Public Utilities for Stay of Further Proceedings Related to the Debtors' Motion for an Order Disallowing Claims Pending Determination of Motion to Withdraw Reference *filed by Kaiser Aluminum & Chemical Corporation* [Docket No. 13, filed on December 15, 2005];

9. Letter to The Honorable Joseph J. Farnan, Jr. from Frederick B. Rosner regarding Request for Emergency Status Conference/Hearing [Docket No. 14, filed on December 15, 2005];

10. Letter to Judge Farnan from Kaiser Aluminum & Chemical Corporation, et al. regarding Emergency Motions of Clark Public Utilities [Docket No. 15, filed on December 16, 2005]; and

11. Respondent's Reply Brief in Further Support of Emergency Motion of Clark Public Utilities to Stay Further Proceedings Related to the Debtors' Motion for an Order Disallowing Claims Pending Determination of Motion to Withdraw Reference (Docket No. 6) *filed by Public Utility No 1 of Clark County* [Docket No. 16, filed on December 22, 2005].

16222.1

Additionally, the Defendant, pursuant to D. Del. LR 7.1.4, respectfully requests oral argument on a date and at a time convenient to the Court prior to January 12, 2006.

Dated: January 3, 2006
Wilmington, Delaware          **JASPAN SCHLESINGER HOFFMAN LLP**

By: /s/ Frederick B. Rosner
Frederick B. Rosner (#3995)
913 Market Street, 12th Floor
Wilmington, DE 19801

Attorney for Public Utility No. 1 of Clark
County, d/b/a Clark Public Utilities

16222.1