IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PUBLIC UTILITY NO. 1 OF CLARK : \
COUNTY, d/b/a CLARK PUBLIC : \
UTILITIES, :
:
      Plaintiff, :
:
   v. : Civil Action No. 05-836-JJF
:
KAISER ALUMINUM & CHEMICAL : \
CORPORATION, :
:
      Defendant. :

<u>O R D E R</u>

WHEREAS, Plaintiff, Public Utility No. 1 of Clark County doing business as Clark Public Utilities, filed an Emergency Motion For Stay of Further Proceedings Related to the Debtors' Motion for an Order Disallowing claims Pending Determination of Motion to Withdraw Reference (D.I. 6);

WHEREAS, a Notice of Completion of Briefing and Request for Oral Argument has been filed (D.I. 17);

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) Oral Argument will be held on **Wednesday, January 11, 2006 at 11:30 a.m.**, in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

2) Plaintiff and Defendant are each allocated thirty (30) minutes for presentation of their argument.

January 6, 2006                               *Joseph J. Farnan Jr.* \
    DATE                                            UNITED STATES DISTRICT JUDGE