## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>KAISER ALUMINUM CORPORATION,<br>A Delaware Corporation, et al.,<br><br>             Debtors.<br><br>KAISER ALUMINUM & CHEMICAL CORPORATION,<br><br>             Movant<br><br>vs.<br><br>PUBLIC UTILITY NO. 1 OF CLARK COUNTY, d/b/a CLARK PUBLIC UTILITIES,<br><br>             Respondent. | Jointly Administered<br><br>Bankruptcy Case No. 02-10429<br><br>Chapter 11<br><br>District Court No.: CA 05-836 (JJF) |

### MOTION AND ORDER GRANTING
### ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, Frederick B. Rosner, a member of the Bar of this Court, moves the admission pro hac vice of William A. Wood, III to represent Public Utility No. 1 of Clark County, d/b/a Clark Public Utilities in this matter.

Dated: January 10, 2006         **JASPAN SCHLESINGER HOFFMAN LLP**

/s/ Frederick B. Rosner
Frederick B. Rosner (#3995)
913 Market Street, 12th Floor
Wilmington, DE 19801
(302) 351-8000

16308.1