# CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas, U.S. Court of Appeals for the Fifth Circuit and the U.S. District Courts for the Northern, Eastern, Western and Southern Districts of Texas pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with the Standing Order for the District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

January 10, 2006

    /s/ William A. Wood
William A. Wood, III, Esquire
**BRACEWELL & GUILIANI LLP**
711 Louisiana Street, Suite 2300
Houston, TX  77002
Telephone:   (713) 223-2300
Facsimile:   (713) 221-1212

Motion granted.

BY THE COURT:

Dated: January __, 2006      _____
United States District Court Judge

16308.1