IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>KAISER ALUMINUM CORPORATION,<br>A Delaware Corporation, et al.,<br><br>     Debtors.<br><br>KAISER ALUMINUM & CHEMICAL CORPORATION,<br><br>     Movant<br><br>vs.<br><br>PUBLIC UTILITY NO. 1 OF CLARK COUNTY, d/b/a CLARK PUBLIC UTILITIES,<br><br>     Respondent. | Jointly Administered<br><br>Bankruptcy Case No. 02-10429<br><br>Chapter 11<br><br>District Court No.: CA 05-836 (JJF) |

**MOTION AND ORDER GRANTING**
**ADMISSION PRO HAC VICE**

  Pursuant to Local Rule 83.5 and the attached certification, Frederick B. Rosner, a member of the Bar of this Court, moves the admission pro hac vice of Philip J. Bezanson to represent Public Utility No. 1 of Clark County, d/b/a Clark Public Utilities in this matter.

Dated: January 10, 2006      **JASPAN SCHLESINGER HOFFMAN LLP**

                /s/ Frederick B. Rosner
                Frederick B. Rosner (#3995)
                913 Market Street, 12th Floor
                Wilmington, DE 19801
                (302) 351-8000

16303.1