**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of New Jersey and New York, and the U.S. District Courts for the Southern and Eastern Districts of New York pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with the Standing Order for the District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

January 10, 2006

/s/ Phillip J. Bezanson
Philip J. Bezanson
**THACHER PROFFITT & WOOD LLP**
Two World Financial Center
New York, NY 10281
Telephone:  (212) 912-7400
Facsimile:   (212) 912-7751

Motion granted.

BY THE COURT:

Dated: January __, 2006

_____
United States District Court Judge

16303.1