## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Maryland and the District of Columbia pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for the District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

January 10, 2006

_____
George H. Williams, Esquire
BRACEWELL & GUILIANI LLP
2000 K Street, N.W., Suite 500
Washington, DC 20006
Telephone:   (202) 828-5800

Motion granted.

BY THE COURT:

Dated: January __, 2006          _____
                                  United States District Court Judge

16318.1