```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF DELAWARE
```

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| KAISER ALUMINUM CORPORATION, et al., | : | Bankruptcy Case No. 02-10429 |
| Debtor. | : | |
| | : | |
| PUBLIC UTILITY NO. 1 OF CLARK COUNTY, d/b/a CLARK PUBLIC UTILITIES, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 05-836-JJF |
| | : | |
| KAISER ALUMINUM & CHEMICAL CORPORATION, | : | |
| Defendant. | : | |

## ORDER

WHEREAS, Plaintiff filed a Motion To Withdraw Reference (D.I. 1) on December 5, 2005;

WHEREAS, the Emergency Motion Of Clark Public Utilities For Stay Of Further Proceedings Related To The Debtors' Motion For An Order Disallowing Claims Pending Determination Of Motion To Withdraw Reference (D.I. 6) was filed on December 5, 2005;

WHEREAS, on January 11, 2006, the Court heard oral argument on Plaintiff's Emergency Motion;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The Emergency Motion Of Clark Public Utilities For Stay Of Further Proceedings Related To The Debtors' Motion For An Order Disallowing Claims Pending Determination Of Motion To Withdraw Reference (D.I. 6) is **DENIED**.

2.  Plaintiff's Motion For Expedited Hearing For Emergency Motion Of Clark Public Utilities For Stay Of The Debtors' Motion For An Order Disallowing Claims (D.I. 8) is **DENIED AS MOOT**.

January 12, 2006

*[signature]*
UNITED STATES DISTRICT COURT