IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN re: | : | Chapter 11 |
| | : | |
| KAISER ALUMINUM CORPORATION, et. al., | : | Bankruptcy Case No. 02-10429 |
| | : | |
| Debtor. | : | |
| | : | |
| PUBLIC UTILITY NO. 1 OF CLARK COUNTY, d/b/a CLARK PUBLIC UTILITIES, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-836-JJF |
| | : | |
| KAISER ALUMINUM AND CHEMICAL CORPORATION, | : | |
| | : | |
| Defendant. | : | |

## ORDER

WHEREAS, the Court conducted a hearing on the Emergency Motion Of Clark Public Utilities For Stay Of Further Proceedings Related To The Debtor's Motion For An Order Disallowing Claims Pending Determination Of Motion To Withdraw Reference on January 11, 2006;

WHEREAS, at the hearing, the Court denied the Motion (D.I. 22) and indicated that if Plaintiff appealed an adverse decision of the Bankruptcy Court, the Court would then choose either to decide the pending Motion To Withdraw The Reference (D.I. 1) or allow an appeal of the Bankruptcy Court's decision (D.I. 23 at 41-42);

WHEREAS, nothing has taken place in the case since the hearing and the Motion To Withdraw The Reference remains pending;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The Motion To Withdraw The Reference Of The Debtor's Motion For An Order Disallowing Claims Filed By Clark Public Utilities From The United States Bankruptcy Court For The District Of Delaware (D.I. 1) is **DENIED WITH LEAVE TO RENEW**.

2. The case is **STAYED** and **ADMINISTRATIVELY CLOSED** with leave to reopen upon written request of any party.

April 12, 2006

UNITED STATES DISTRICT JUDGE