IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PUBLIC UTILITY NO. 1 OF CLARK COUNTY, d/b/a CLARK PUBLIC UTILITIES,<br><br>Plaintiff,<br><br>vs.<br><br>KAISER ALUMINUM & CHEMICAL CORPORATION,<br><br>Defendant. | Civil Action No. 05-836 (JJF) |

CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2006, the Court electronically filed the **Order [Docket No. 25]** with the Clerk of Court using CM/ECF which will send notifications of such filing to the following:

Frederick B. Rosner, Esq.
Jaspan Schlesinger & Hoffman LLP
913 North Market Street, 12th Floor
Wilmington, DE 19801

I hereby certify that on April 12, 2006, I mailed via the United States Postal Service the document to the following non-registered participants:

Christopher F. Graham, Esq.
Louis A. Curcio, Esq.
Philip J. Bezanson, Esq.
Thacher Profitt & Wood LLP
Two World Financial Center
New York, NY 10281

William A. Wood, III, Esq.
Bracewell & Guiliani LLP
711 Louisiana Street, Suite 2300
Houston, TX 77002-2781

RLF1-2957983-1

George H. Williams, Esq.  
Bracewell & Guiliani LLP  
2000 K Street, N.W., Suite 500  
Washington, DC 20006

/s/ Kimberly D. Newmarch  
Kimberly D. Newmarch (DE 4430)  
Richards, Layton & Finger, P.A.  
One Rodney Square  
P.O. Box 551  
Wilmington, DE 19810  
302-651-7700  
Newmarch@rlf.com

RLF1-2957983-1