IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:**<br><br>**KAISER ALUMINUM CORPORATION,**<br>A Delaware Corporation, *et al.,*<br><br>Debtors. | **Chapter 11**<br><br>**Bankruptcy Case No. 02-10429 (JKF)** |
| **PUBLIC UTILITY NO. 1 OF CLARK COUNTY, d/b/a CLARK PUBLIC UTILITIES,**<br><br>Plaintiff,<br><br>v.<br><br>**KAISER ALUMINUM & CHEMICAL CORPORATION,**<br><br>Defendant. | **Civil Action 05-836-JJF**<br><br>**ORAL ARGUMENT REQUESTED**<br><br>Regarding Docket No. _____ |

**ORDER GRANTING REQUEST OF CLARK PUBLIC UTILITIES TO REOPEN CASE AND RENEWAL OF MOTION TO WITHDRAW THE REFERENCE**

This matter having come before the Court on the Request of Clark Public Utilities to Reopen Case and Renewal of Motion to Withdraw the Reference (the "Request") filed by Public Utility District No. 1 of Clark County d/b/a Clark Public Utilities ("Clark") The Court, having considered the Request, and being duly advised of the premises, now finds that the Request should be approved and hereby GRANTS the relief requested therein.

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Upon the written request of Clark, the above captioned civil case, Case Number 05-386-JJF, is hereby reopened and the stay of proceedings is hereby lifted.

2. The Motion to Withdraw the Reference of the Debtors' Motion for an Order Disallowing Claims Filed by Clark Public Utilities from the United States Bankruptcy Court for the District

of Delaware (Docket No. 1) is hereby GRANTED.

3.  The reference to the Bankruptcy Court of Kaiser Aluminum and Chemical Corporation's Motion for an Order Disallowing Claims Filed by Clark Public Utilities (the "Claims Objection") (Docket No. 7480 in Bankruptcy Case No 02-10429 (JKF)) pursuant to the Standing Order of Reference dated July 23, 1984 is hereby withdrawn and any further proceedings with respect to the Claims Objection shall be before this Court.

Dated: _____, 2006

_____
UNITED STATES DISTRICT COURT JUDGE