# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> **KAISER ALUMINUM CORPORATION,** A Delaware Corporation, *et al.,* <br><br> Debtors. | Chapter 11 <br><br> Bankruptcy Case No. 02-10429 (JKF) |
| **PUBLIC UTILITY NO. 1 OF CLARK COUNTY, d/b/a CLARK PUBLIC UTILITIES,** <br><br> Plaintiff, <br><br> v. <br><br> **KAISER ALUMINUM & CHEMICAL CORPORATION,** <br><br> Defendant. | Civil Action 05-836-JJF |

## CERTIFICATE OF SERVICE

I, Frederick B. Rosner, certify that I am not less than 18 years of age, and that on September 13, 2006, service of a copy of the **Request of Clark Public Utilities to Reopen Case and Renewal of Motion to Withdraw the Reference** was served on the following individuals in the manner indicated:

Daniel J. DeFranceschi
Kimberly D. Newmarch
RICHARDS, LAYTON & FINGER
One Rodney Square
PO Box 551
Wilmington, Delaware 19899
*Via Hand Delivery*

Gregory M. Gordon
Daniel P. Winikka
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201
*Via Regular Mail*

| | |
|---|---|
| William A. Wood, III<br>Warren W. Harris<br>Tracy C. Temple<br>BRACEWELL & GIULIANI LLP<br>711 Louisiana Street, Suite 2300<br>Houston, Texas 77002-2781<br>*Via Regular Mail* | George H. Williams<br>BRACEWELL & GIULIANI LLP<br>2000 K Street, N.W., Suite 500<br>Washington, DC 20006<br>*Via Regular Mail* |
| William P. Bowden, Esquire<br>ASHBY & GEDDES<br>222 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE 19899<br>*Via Hand Delivery* | Lisa Beckerman, Esquire<br>Brian A. Kilmer, Esquire<br>AKIN, GUMP, STRAUSS, HAUER & FELD, LLP<br>590 Madison Avenue<br>New York, NY 10022<br>*Via Regular Mail* |
| Marla R. Eskin, Esquire<br>Mark T. Hurford, Esquire<br>CAMPBELL & LEVINE, LLC<br>800 King Street, Suite 300<br>Wilmington, DE 19801<br>*Via Regular Mail* | Elihu Inselbuch, Esquire<br>CAPLIN & DRYSDALE, CHARTERED<br>399 Park Avenue<br>New York, NY 10022<br>*Via Regular Mail* |

Peter Van N. Lockwood, Esquire
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, N.W.
Washington, DC 20005
*Via Regular Mail*

Under penalty of perjury, I declare the foregoing is true and correct.

Dated: September 13, 2006            /s/ Frederick B. Rosner
       Wilmington, Delaware         Frederick B. Rosner (DE 3995)
                                    DUANE MORRIS LLP
                                    1100 North Market Street, Suite 1200
                                    Wilmington, Delaware 19801-1246
                                    Telephone:   (302) 657-4900
                                    Facsimile:   (302) 657-4901
                                    E-mail:      fbrosner@duanemorris.com