IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2006, I electronically filed the **Response of Kaiser Aluminum & Chemical Corporation to Request of Clark Public Utilities to Reopen Case and Renewal of Motion to Withdraw the Reference** with the Clerk of Court using CM/ECF which will send notifications of such filing to the following:

Frederick B. Rosner, Esq.
Duane Morris
1100 North Market Street
Wilmington, DE 19801

I hereby certify that on September 25, 2006, I mailed via the United States Postal Service the document to the following non-registered participants:

Christopher F. Graham, Esq.
Louis A. Curcio, Esq.
Philip J. Bezanson, Esq.
Thacher Profitt & Wood LLP
Two World Financial Center
New York, NY 10281

William A. Wood, III, Esq.
Bracewell & Guiliani LLP
711 Louisiana Street, Suite 2300
Houston, TX 77002-2781

George H. Williams, Esq.
Bracewell & Guiliani LLP
2000 K Street, N.W., Suite 500
Washington, DC 20006

/s/ Kimberly D. Newmarch
Kimberly D. Newmarch (DE 4430)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19810
302-651-7700
Newmarch@rlf.com

RLF1-3062764-1