IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>KAISER ALUMINUM CORPORATION, et al.,<br><br>      Debtors. | Case No. 02-10429 (JKF) |
| PUBLIC UTILITY NO. 1 OF CLARK COUNTY d/b/a Clark Public Utilities,<br><br>      Appellant,<br><br>v.<br><br>KAISER ALUMINUM & CHEMICAL CORPORATION, et al.,<br><br>      Appellees. | Civil Action No. 06-247 (JJF) |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2006, I electronically filed the **Clark's Reply to Kaiser's Response to Request to Reopen Case and Renewal of Motion to Withdraw the Reference** with the Clerk of the Court using CM/ECF which will send notifications of such filing to the following persons:

Daniel J. DeFranceschi, Esq. at Defranceschi@RLF.com
Kimberly D. Newmarch, Esq. at Newmarch@RLF.com

I hereby certify that on September 28, 2006, I caused service of **Clark's Reply to Kaiser's Response to Request to Reopen Case and Renewal of Motion to Withdraw the Reference** to be made of the to the following persons in the manner indicated:

DM3\399601.1

| | |
|---|---|
| ***By Hand*** | ***First Class Mail*** |
| Daniel J. DeFranceschi, Esq. | Gregory M. Gordon, Esq. |
| Kimberly D. Newmarch, Esq. | Daniel P. Winikka, Esq. |
| Richards, Layton & Finger | Jones Day |
| One Rodney Square | 2727 North Harwood Street |
| Wilmington, DE 19899 | Dallas, TX 75201 |

Dated: September 28, 2006
       Wilmington, Delaware

_____
Frederick B. Rosner (DE 3995)
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801-1246
Telephone:   (302) 657-4900
Facsimile:   (302) 657-4901
E-mail:   fbrosner@duanemorris.com

*Delaware Counsel to Appellant*