IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: : <br> : <br> KAISER ALUMINUM CORPORATION, : <br> et al., : <br> : <br> Debtors. : <br> : | Case No. 02-10429 (JKF) |
| PUBLIC UTILITY NO. 1 OF CLARK : <br> COUNTY d/b/a Clark Public Utilities, : <br> : <br> Appellant, : <br> : <br> v. : <br> : <br> KAISER ALUMINUM & CHEMICAL : <br> CORPORATION, et al., : <br> : <br> Appellees. : | Civil Action No. 05-836 (JJF) |

### CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2006, I electronically filed the **Reply Brief of Appellant** with the Clerk of the Court using CM/ECF which will send notifications of such filing to the following persons:

Daniel J. DeFranceschi, Esq. at Defranceschi@RLF.com
Kimberly D. Newmarch, Esq. at Newmarch@RLF.com

I hereby certify that on October 3, 2006, I caused service to be made of the **Reply Brief of Appellant** to the following persons in the manner indicated:

**<u>By Hand</u>**
Daniel J. DeFranceschi, Esq.
Kimberly D. Newmarch, Esq.
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19899

Dated: October 3, 2006
       Wilmington, Delaware

**<u>First Class Mail</u>**
Gregory M. Gordon, Esq.
Daniel P. Winikka, Esq.
Jones Day
2727 North Harwood Street
Dallas, TX 75201

_____
Frederick B. Rosner (DE 3995)
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801-1246
Telephone:   (302) 657-4900
Facsimile:    (302) 657-4901
E-mail:       fbrosner@duanemorris.com

*Delaware Counsel to Appellant*