IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| In re:<br><br>KAISER ALUMINUM CORPORATION,<br>A Delaware Corporation, *et al.,*<br><br>Debtors. | Chapter 11<br><br>Bankruptcy Case No. 02-10429 (JKF) |
|---|---|
| PUBLIC UTILITY NO. 1 OF CLARK COUNTY, d/b/a CLARK PUBLIC UTILITIES,<br><br>              Plaintiff,<br>    v.<br><br>KAISER ALUMINUM & CHEMICAL CORPORATION,<br>              Defendant. | Civil Action 05-836-JJF<br><br><br><br>**ORAL ARGUMENT REQUESTED** |

## NOTICE OF COMPLETION OF BRIEFING

PLEASE TAKE NOTICE that Public Utility No. 1 of Clark County d/b/a Clark Public Utility ("Clark") hereby files its Notice of Completion of Briefing with respect to the Request of Clark Public Utility to Reopen Case and Renewal of Motion to Withdraw the Reference, and sets forth all relevant pleadings and docket numbers as follows:

1.    Request of Clark Public Utility to Reopen Case and Renewal of Motion to Withdraw the Reference **(Docket No. 27)**;

2.    Response to Request of Clark Public Utility to Reopen Case and Renewal of Motion to Withdraw the Reference **(Docket No. 28)**;

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

3. Reply to Response to Request of Clark Public Utility to Reopen Case and Renewal of Motion to Withdraw the Reference **(Docket No. 29)**.

Dated: October 4, 2006
      Wilmington, Delaware

DUANE MORRIS LLP

_____
Frederick B. Rosner (DE 3995)
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:   (302) 657-4900
Facsimile:   (302) 657-4901
E-mail:   fbrosner@@duanemorris.com

*Counsel to Public Utility District No. 1 of Clark County d/b/a Clark Public Utilities*