# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** : | |
| : | **Jointly Administered** |
| **KAISER ALUMINUM CORPORATION**, a : | **Case No. 02-10429 (JKF)** |
| Delaware Corporation, <u>et</u> <u>al.</u> : | |
| : | **Chapter 11** |
| **Debtors.** : | |
| : | |
| **PUBLIC UTILITY NO. 1 OF CLARK** : | |
| **COUNTY, d/b/a CLARK PUBLIC UTILITIES,** : | |
| : | |
| **Plaintiff,** : | |
| : | **Civil Action No. 05-836 (JJF)** |
| vs. : | |
| : | |
| **KAISER ALUMINUM & CHEMICAL** : | |
| **CORPORATION,** : | |
| : | |
| **Defendant.** : | |
| : | |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Daniel J. DeFranceschi and Jason M. Madron of Richards, Layton & Finger, P.A., 920 North King Street, P. O. Box 551, Wilmington, Delaware 19899, are substituted as attorneys of record for Kaiser Aluminum & Chemical Corporation ("KACC") in the above captioned civil action. Kimberly D. Newmarch is no longer associated with Richards, Layton & Finger and she should be removed and withdrawn as counsel for KACC in the above-captioned civil action. Accordingly, please ensure that all future correspondence, pleadings and notices are served upon Daniel J. DeFranceschi and Jason M. Madron of Richards, Layton & Finger as counsel of record for the Defendant.

-2-

| | |
|---|---|
| Dated: June 20, 2007<br>Wilmington, Delaware | Respectfully submitted,<br><br>  */s/ Daniel J. DeFranceschi*  <br>Daniel J. DeFranceschi (DE 2732)<br>Jason M. Madron (DE 4431)<br>RICHARDS, LAYTON & FINGER<br>920 North King Street<br>P.O. Box 551<br>Wilmington, Delaware 19899<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>defranceschi@rlf.com<br>madron@rlf.com<br><br>COUNSEL FOR DEFENDANT KAISER<br>ALUMINUM & CHEMICAL CORPORATION |